LUCKENBACH TERMINALS, INC., RESPONDENT, v. TOWNSHIP OF NORTH BERGEN, APPELLANT.

Submitted October 28, 1938—Decided January 13, 1939.

For the appellant, *Nicholas S. Schloeder*.

For the respondent, *Kelsey & Ludwig*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, BODINE, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 14.

*For reversal*—None.